TRACY, INC. v. W. T. GRANT CO.

June 26, 1975. Petition for certification denied.

HACKENSACK WATER COMPANY v.
TOWNSHIP OF RIVER VALE.

June 26, 1975. Petition for certification denied.

HASKENSACK WATER COMPANY v.
TOWNSHIP OF RIVER VALE.

June 26, 1975. Cross-petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH E. HIGGINS.

June 26, 1975. Petition for certification denied.

TERESA M. DINGLER v. ALLISON LAND COMPANY.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND J. BUKOWSKI.

June 26, 1975. Petition for certification denied.

IN RE. GUARDIANSHIP OF FELICIA DOTSON.

June 26, 1975. Petition for certification granted.